AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>**KELLY BOWERS**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-192-ADC |

✓ ___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

10:46 am, Jan 25 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 2023 to January 2024** in the county of **Anne Arundel** in the
_____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 846 | Conspiracy to Distribute and Possess With Intent to Distribute Controlled Dangerous Substances |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Jenna Klausing*
Digitally signed by Jenna Klausing
Date: 2024.01.23 10:32:24 -05'00'

_____
*Complainant's signature*

Jenna Klausing, FBI
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 24 January 2024

_____
*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
_____
*Printed name and title*