KSC/02.05.24

LNE/ JST USAO 2024R00051

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. MJM24cr39 |
| | * | |
| v. | * | (Conspiracy to Distribute and Possess |
| | * | with the Intent to Distribute |
| **KELLY BOWERS,** | * | Controlled Substances, 21 U.S.C. |
| **LEONARD SIMMS,** | * | § 846; Aiding and Abetting, 18 U.S.C. |
| **ISIAH NAYLOR,** | * | § 2; Forfeiture, 21 U.S.C. § 853, 28 |
| **AMBER NAYLOR,** | * | U.S.C. § 2461(c)) |
| **RAHEEM ALLSUP, and** | * | |
| **KEITH WILLIAMS,** | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury but no later than August 2022, and continuing until on or about January 25, 2024, in the District of Maryland, the defendants,

**KELLY BOWERS,**
**LEONARD SIMMS,**
**ISIAH NAYLOR,**
**AMBER NAYLOR,**
**RAHEEM ALLSUP, and**
**KEITH WILLIAMS,**

did knowingly and intentionally combine, conspire, confederate, and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine base, a Schedule II

SDC- BALTIMORE
'24 FEB 7 PM 7:28

controlled substance; and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21 of the United States Code Section 841.

21 U.S.C. § 846
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) in the event of the defendants' convictions under Count One of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendants,

**KELLY BOWERS,
LEONARD SIMMS,
ISIAH NAYLOR,
AMBER NAYLOR,
RAHEEM ALLSUP, and
KEITH WILLIAMS,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Substitute Assets

5. If, as a result of any act or omission of the defendants, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Erek L. Barron*
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

2/7/24
Date